UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BROOKE STRICKLAND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:19-CV-340-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 18]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 12], DENIES defendant's motion for judgment on the pleadings [D.E. 14], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on June 30, 2020, and Copies To:**
| | |
|---|---|
| George C. Peimonte | (via CM/ECF electronic notification) |
| Gabriel R. Deadwyler | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK
June 30, 2020  (By) /s/ Nicole Sellers
 Deputy Clerk