UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| BROOKE STRICKLAND,<br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br>    Defendant. | )<br>)<br>)  **JUDGMENT IN A CVIIL CASE**<br>)  **CASE NO. 5:19-CV-340-D**<br>)<br>)<br>)<br>) |

Decision by Court.

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant pay to Plaintiff $6,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund.

**This Judgment Filed and Entered on October 8, 2020, and Copies to:**

| | |
|---|---|
| George C. Piemonte | (via CM/ECF Notice of Electronic Filing) |
| Cassia W. Parson | (via CM/ECF Notice of Electronic Filing) |
| Gabriel R. Deadwlyer | (via CM/ECF Notice of Electronic Filing) |

DATE

October 8, 2020

PETER A. MOORE, JR., CLERK

*/s/ Susan K. Edwards*

(By) Susan K. Edwards, Deputy Clerk